# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 13, 2007

Before

**Hon.** FRANK H. EASTERBROOK, Chief Judge

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** JOEL M. FLAUM, Circuit Judge

**No.** 06-1828

ILLINOIS ONE NEWS, INC.
doing business as The Gift Spot,
　　*Plaintiff-Appellant*,

　　　　v.

CITY OF MARSHALL, ILLINOIS,
　　*Defendant-Appellee*.

Appeal from the United
States District Court
for the Southern
District of Illinois.

No. 04-cv-4055-JPG
J. Phil Gilbert,
*Judge*.

**Order**

　　The slip opinion of this court issued on February 13, 2007, is amended as follows:

　　Page 4, third line from the bottom, change "nimby" to "NIMBY".